IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>FAITH WARD,<br><br>                     Defendant. | Case No. 3:00-cr-069-JWS<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

     Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

     The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

     IT IS SO ORDERED.


DATED:_____                    _____
                                                             JOHN W. SEDWICK
                                                             JUDGE U.S. DISTRICT COURT